Case 7:26-cr-00365-KMK Document 11 Filed 08/20/26 Page 1 of 1


# Federal Defenders OF NEW YORK, INC.

Southern District
81 Main Street, Suite 124
White Plains, NY 10601
Tel: (914) 428-7124 Fax: (914) 948-5109

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*


August 19, 2026

Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: *United States v. Carlos Alberto De La Cruz Garcia*

Dear Honorable Karas:

I am writing to ask that the Court please order an expedited sentencing for Mr. De La Cruz Garcia. As background, on June 26, 2026, Mr. De La Cruz Garcia was presented and detained in relation to charges that he illegally reentered the United States. Earlier today, Mr. De La Cruz Garcia pleaded guilty in front of the Honorable Judith McCarthy. As detailed in the Government's Pimentel letter, Mr. De La Cruz Garcia's Guidelines are one to seven months, which means that he has already served what amounts to a Guidelines sentence. Under these circumstances, I ask that the Court please order an expedited sentencing. If ordered, Mr. De La Cruz Garcia, in order to accommodate Probation's timeline and workload, would waive his right to review and comment on a draft Pre-Sentence report. I have spoken with AUSA Victoriya Levina and she indicated that the Government does not object to this request.

Thank you for your consideration.

The Court will hold the sentence on 9/22/26, at 2:00

So Ordered.
[signature] 8/20/26

Sincerely,

//s

Benjamin Gold
Counsel for Mr. De La Cruz Garcia

cc: AUSA Victoriya Levina